UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEBORAH PHELPS and JAMES PHELPS,<br><br>　　　　　　　　　Defendants. | NO: CV-12-434-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80150-PCW11<br><br>ORDER DISMISSING WITH PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Notice of Dismissal of Defendants, ECF No. 19. Having reviewed the Notice, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

　　1. Plaintiff's Notice of Dismissal, **ECF No. 19**, is **APPROVED**.

ORDER DISMISSING WITH PREJUDICE ~ 1

2. Defendants James Phelps and Deborah Phelps are hereby dismissed as Defendants in this cause of action.

3. This case is hereby dismissed **with prejudice** and without costs to any party.

4. Any pending motions are denied as moot and any pending court dates are hereby stricken.

The District Court Clerk is directed to enter this Order, enter Judgment as dismissed with prejudice, and provide copies of this Order to counsel, Defendants, and Judge Patricia C. Williams.

**DATED** this 16th day of September 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER DISMISSING WITH PREJUDICE ~ 2